SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WENDY THOMAS (NYBN 4315420)
Special Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-6809
    Facsimile: (415) 436-7234
    E-Mail: wendy.thomas@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 07 0540 MAG |
|     Plaintiff, ) | |
| v. ) | [PROPOSED] ORDER AND STIPULATION CONTINUING STATUS CONFERENCE FOR COMPLETION OF PRETRIAL DIVERSION |
| GARRETT TAYLOR, ) | |
|     Defendant. ) | |

    The parties hereby request that the status conference currently scheduled for Friday, December 14, 2007, be continued to June 13, 2008, for deferral of prosecution. All parties have entered into a written agreement with Pretrial Services that provides for a six (6) month period of pretrial diversion.

    1.    Accordingly, the parties agree that the prosecution will be deferred for a six month period of time for the defendant to demonstrate good conduct under the conditions of pretrial diversion.

    2.    As the charge in this case is a Class B Misdemeanor, the Speedy Trial Act does

Stip. to Continue for PTD
CR 07 0540 MAG

1

not apply, and no exclusion of time is necessary.

IT IS SO STIPULATED.

DATED: 12/12/07                                  /s/
                                        ROBERT STEWART
                                        Counsel for the defendant

DATED: 12/11/07                                  /s/
                                        WENDY THOMAS
                                        Special Assistant U.S. Attorney

IT IS SO ORDERED.

DATED: 12/14/7

THE H...
United...
Judge Joseph C. Spero

Stip. to Continue for PTD
CR 07 0540 MAG

2