| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332)<br>United States Attorney |
| 2 | |
| 3 | BRIAN J. STRETCH (CABN 163973)<br>Chief, Criminal Division |
| 4 | WENDY THOMAS (NYSBN 4315420)<br>Special Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, 11th Floor<br>San Francisco, California 94102<br>Telephone: (415) 436-6809 |
| 7 | Fax: (415) 436-7234<br>Email: wendy.thomas@usdoj.gov |
| 8 | |
| 9 | Attorneys for Plaintiff |

FILED
2008 JUN 18 AM 8: 18
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 07-0540 MAG |
| Plaintiff, | ) | |
| | ) | **MOTION AND [PROPOSED] ORDER** |
| v. | ) | **TO DISMISS INFORMATION** |
| | ) | |
| GARRETT M. TAYLOR, | ) | |
| Defendant. | ) | |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California moves to dismiss the above

//
//
//
//
//
//
//
//

DISMISSAL OF INFORMATION
CR 07-0540 MAG

1  Information with prejudice.  The defendant has successfully completed his pretrial diversion
2  program.

                                                                Respectfully submitted,

                                                                JOSEPH P. RUSSONIELLO
                                                                United States Attorney

8  DATED: __6/17/08_____        _____/s/_____
                                                               WENDY THOMAS
9                                                               Special Assistant United States Attorney

11     The Court hereby grants leave to dismiss the above Information with prejudice.
12  The Status Re: Pretrial Diversion set for June 20, 2008, at 10:30 AM has been VACATED.

14  DATED: _June 17, 2008_____        _____
                                                              JOSEPH
                                                             United States

DISMISSAL OF INFORMATION
CR 07-0540 MAG